## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM E. MOORE,

                    Plaintiff,                             JUDGMENT IN A CIVIL CASE

    v.

                                              Case No. 17-cv-21-bbc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

                    Defendant.

---

    This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff

William E. Moore remanding this case for further proceedings under sentence four of

Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| s/ V. Olmo, Deputy Clerk | 10/30/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |